

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00034-CV

**IN THE INTEREST OF A.E.C.**, A.S.C., and A.C., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI10644
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Ana Sol Victorino a/k/a Ana Sol Crespo.

SIGNED March 14, 2018.

_____
Patricia O. Alvarez, Justice